

**NUMBER 13-14-00463-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**In Re J. Galvan, Annuitant**

**On Appeal from the County Court at Law
of Kleberg County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, Perkes
Memorandum Opinion Per Curiam**

Appellants, Metropolitan Life Insurance Company and Metropolitan Insurance and Annuity Company, perfected an appeal from a judgment entered by the County Court at Law of Kleberg County, Texas, in cause number 14-231-C. Appellants have filed an unopposed motion to dismiss the appeal on grounds that appellants no longer wish to pursue this appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP.

P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 2nd
day of October, 2014.